# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SEMYON GRINBLAT**, individually and on behalf of all others similarly situated, | **STIPULATION OF DISCONTINUANCE WITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **THREE STARS, CORP., S.I. BAY REALTY, CO., INC., JOHN DOE 1-X**, persons yet unknown, **Limited Liability Companies, Partnerships, Corporations 1-X**, entities yet unknown, | CASE NO.: 20-cv-1644-RRM-JO |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by, and between, the attorney for Plaintiff, SEMYON GRINBLAT, and the attorneys for Defendants, THREE STARS, CORP. and S.I. BAY REALTY, CO., INC., that whereas no party hereto is an infant, or an incompetent person, for whom a committee has been appointed, and no person not a party having an interest in the subject matter of the action, the above-captioned action and all asserted, and non-asserted, claims, counterclaims and crossclaims are hereby dismissed with prejudice and without costs to any party, as against any other party, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties. This Court will retain jurisdiction over any violations of the settlement agreement and the causes of action brought in Plaintiff's complaint. This stipulation may be signed in counterparts.

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: July 15, 2020

*Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed:

_____
David M. Chidekel, Esq.

Attorneys for Defendant
THREE STARS, CORP.

575 Madison Avenue, 10th Floor
New York, NY 10022-2511
Tel: (212) 605-0161
Fax: (212) 605-0166
Email: dcjoyesq@aol.com

Signed:

*Matthew Medaglia*
Matthew Medaglia, Esq.
Attorneys for Defendant
S.I. BAY REALTY, CO., INC.
Gabor & Marotta LLC
1878 Victory Boulevard
Staten Island, NY 10314
Tel: (718) 390-0555
Fax: (718) 390-9886
Email: matthew@gabormarottalaw.com

**SO ORDERED:**

_____
Roslynn R. Mauskopf,
U.S. District Court Judge

2

**IT IS FURTHER STIPULATED AND AGREED** that, for purposes of this stipulation, a facsimile, photocopy, or electronic copy of a signature, has the same force and effect as an original signature.

Signed: July 15, 2020

*/s/ Michael Grinblat*
Michael Grinblat, Esq. (4159752)

Attorney for Plaintiff
SEMYON GRINBLAT
Law Offices of Michael Grinblat
10 East 39th Street, 12th Floor
New York, NY 10016
Tel: (347) 796-0712
Fax: (212) 202-5130
Email: michael.grinblatesq@gmail.com

Signed:

*/s/ David Chidekel*
David M. Chidekel, Esq.

Attorneys for Defendant
THREE STARS, CORP.

575 Madison Avenue, 10th Floor
New York, NY 10022-2511
Tel: (212) 605-0161
Fax: (212) 605-0166
Email: dcjoyesq@aol.com

Signed:

_____
Matthew Medaglia, Esq.
Attorneys for Defendant
S.I. BAY REALTY, CO., INC.
Gabor & Marotta LLC
1878 Victory Boulevard
Staten Island, NY 10314
Tel: (718) 390-0555
Fax: (718) 390-9886
Email: matthew@gabormarottalaw.com

**SO ORDERED:**

_____
Roslynn R. Mauskopf,
U.S. District Court Judge

2